| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>WEBER, HERMAN J | 2. Court or Organization<br>U.S.D.C. S.D. OHIO W.D. | 3. Date of Report<br>4/30/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>DISTRICT JUDGE SENIOR STATUS | 5. ReportType (check appropriate type)<br>○ Nomination, Date<br>○ Initial ● Annual ○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>SUITE 801, POTTER STEWART<br>U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee Emeritus | American Legion Buckeye Boys State Inc. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 5/1/85 | Nationwide Life Ins. Co. Life Annuity - 10 yrs. Certain Ohio |
| 2. | Deferred Compensation, IRC Sec. 457 ("Nationwide") |
| 3. 5/1/85 | P.E.R.S. OF OHIO - JOINT SURVIVORSHIP LIFE ANNUITY |

FINANCIAL DISCLOSURE OFFICE 2004 MAY -3 A II: 43 RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Nationwide-Life annuity - monthly installments | 5561.88 |
| 2. | 2003 | P.E.R.S. of Ohio - monthly installments | 60,933.56 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | State Teachers Retirement Pension Systems Life Annunity paid in monthly installments |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Lincoln Nat'l. Life Ins. Co. | Loan on life insurance policy | K |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WEBER, HERMAN J | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Lincoln Natl Life Ins. Co. Ordinary Life | B | IntDiv | K | T | | | | | |
| 2. Nuveen Ohio Bond Fund | A | Interest | J | T | | | | | |
| 3. P.E.R.S. OF OHIO - See IIIA | F | Annuity | L | U | | | | | |
| 4. Nationwide Life Ins. Co. - See IIIA | D | Annuity | K | U | | | | | |
| 5. State Teachers Retirement System of Ohio - See IIIB | E | Annuity | K | U | | | | | |
| 6. Seligman Ohio Fund | B | Dividend | L | T | | | | | |
| 7. Cinfed Employees Credit Union Account | A | Interest | J | T | | | | | |
| 8. Bank One Dayton Account | A | Interest | K | T | | | | | |
| 9. New York Life Ins. Co.-Fully Paid Up Life Policy | A | Dividend | J | T | | | | | |
| 10. 5th/3rd Bank Western Ohio Accounts | A | Interest | L | T | | | | | |
| 11. 5th/3rd BanCorp Common Stock | E | Dividend | P1 | T | | | | | |
| 12. Anchor National Life Ins. Co. -Adjustable Life Policy | | None | | | Name Change | 3/1 | J | | See VIII |
| 13. AIG SunAmerica Life Assurance Co. - Adjustable Life Policy | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WEBER, HERMAN J | 4/30/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

VII. Line 12 and 13 - Anchor National Life Insurance Co. changed its name to AIG SUNAMERICA LIFE ASSURANCE COMPANY March 1, 2003.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WEBER, HERMAN J | 4/30/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu███████████████████                    Date _April 30, 2004_

NOTE███████████████████ LLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJECT TO CIVIL AND CRIMINAL SAN████████ S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544